UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

IN RE: DAVID O JONES )
 )
 ) Chapter 13
 Debtor ) CASE NO. 22-31813-CRM

## SCHEDULE OF ALLOWED CLAIMS

Debtor by counsel hereby states that the following claims have been duly proven and should be allowed as unsecured claims and paid in accordance with the terms of the Order of Confirmation:

| | |
|---|---|
| INTERNAL REVENUE SERVICE<br>KANSAS CITY, MO 64999<br>POC 1 | AS FILED |
| ONE MAIN<br>PO BOX 3251<br>EVANSVILLE, IN 47731-3251<br>POC 2 | PER O/C |
| Quantum3 Group LLC as agent for<br>Genesis FS Card Services Inc<br>PO Box 788<br>Kirkland, WA 98083-0788<br>POC 3 | $649.69 |
| Quantum3 Group LLC as agent for<br>Genesis FS Card Services Inc<br>PO Box 788<br>Kirkland, WA 98083-0788<br>POC 4 | $394.58 |
| Capital One N.A.<br>by American InfoSource as agent<br>PO Box 71083 | $291.90 |

Charlotte, NC 28272-1083
POC 5

LVNV Funding, LLC                $431.13
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587
POC 6

Bapt Health Medical Group LO      $963.81
Credit Bureau Systems, Inc
PO Box 8246
Paducah, KY 42002
POC 7

FreedomRoad Financial c/o Wayfinder BK, LLC     PER O/C OUTSIDE
PO Box 64090
Tucson, AZ 85728-4090
POC 8

Carvana, LLC / Bridgecrest c/o AIS Portfolio Servi    AMEND O/C SEC
PO Box 4138                               $19779.01 @ 5%
Houston, TX 77210
POC 9

Scolopax, LLC                    $6016.40
c/o Weinstein & Riley, P.S.
2001 Western Ave., Ste. 400
Seattle, WA 98121
POC 10

US Department of Education     ALL SL OUTSIDE PLAN
PO Box 16448
Saint Paul MN 55116-0448
POC 11

Have seen and reviewed all claims filed as of the 21ST of December 2022 by Hirsch Law.

                                       BY: Hirsch Law Firm,

/s/ Tracy L. Hirsch  
Tracy L. Hirsch  
8011 New LaGrange Rd #4  
Louisville, Kentucky 40222  
(502) 365-2772  
(888)640-3210  
Thirsch.bkatty@gmail.com