UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

In Re: David O Jones }
}  Case No. 22-31813
}
}
Debtor }
_____}

# DEBTOR'S MOTION TO AMEND ORDER OF CONFIRMATION

Debtor by counsel hereby moves the Court to amend the Order of Confirmation entered October 27, 2022. Debtor proposes the following amendment and in support thereof states as follows:

1. The Plan is currently a 10% Plan scheduled for 60 months.

2. One Main Financial filed a secured proof of claim (POC 2) in the amount of $13,571.19.

3. Debtor would now like to surrender the vehicle, a 2007 Dodge Ram, which is the collateral for the loan, and give One Main Financial opportunity to file a deficiency claim in the bankruptcy, after liquidating the collateral.

4. One Main Financial has 90 days from the date of the entry of the attached order to liquidate the collateral and to file an amended deficiency claim, or it is barred.

WHEREFORE, the Debtor requests that the Order of Confirmation be amended to allow the foregoing changes.

Date: February 7, 2023
Respectfully submitted:

1

/s/ Tracy L. Hirsch
Tracy L. Hirsch
8011 New LaGrange Rd., Suite 4
Louisville, Kentucky 40222
(502) 365-2772
(888) 640-3210
thirsch.bkatty@gmail.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was this 7th day of February 2023, forwarded to the Trustee, and all interested parties including One Main Financial, pursuant to the local rules relating to ECF and service of documents filed herein, or by first class US Mail, postage prepaid and via email.

ONEMAIN
P.O. BOX 3251
EVANSVILLE, IN 47731-3251

Hirsch Law

By: Tracy L Hirsch
Tracy L. Hirsch, Counsel