UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

In Re: David O Jones }
} Case No. 22-31813
}
}
                **Debtor** }
_____}

**Oorder of Motion to Amend the Order of Confirmation**

       The Debtor, by counsel, having made a Motion to Amend the Order of Confirmation and the Court being sufficiently advised;

       **IT IS HEREBY ORDERED AND ADJUDGED** that the Order of Confirmation is hereby amended to allow the debtor to surrender the vehicle associated with proof of claim #2, One Main Financial.

       **IT IS FURTHER ORDERED AND ADJUDGED** that One Main Financial has 90 days from the day of entry of this order to liquidate the collateral and file a deficiency claim or else their claim is barred from the Chapter 13 plan and will be discharged upon completion of the plan.

Tendered by:

/s/ Tracy L Hirsch
Tracy L Hirsch
Hirsch Law
8011 New LaGrange Rd #4
Louisville, KY 40222

Charles R. Merrill
United States Bankruptcy Judge
Dated: March 1, 2023

1